(a) and (b) now contained in the judgment the following: (a) manufacturing, selling or offering for sale, shoes bearing nonfunctional raised lines or cords thereon, or any imitation of raised lines or cords which are in any way similar to the type or kind used by plaintiff, unless the shoes shall be clearly and indelibly stamped so as to indicate that they were manufactured or produced by the defendant; (b) from advertising such shoes or shoes of the so-called "contour" type without a clear designation that they are manufactured or produced by the defendant. As so modified the judgment is unanimously affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ.

KYRIACIOS DIMITRIOU, Appellant, v. JOHN MORALIS et al., Respondents, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ.

ANNABELLE C. BOCHORY, Individually and as Executrix of MARCEL F. DE MULLER, Deceased, Appellant, v. PAN AMERICAN WORLD AIRWAYS, INC., et al., Defendants-Respondent.— Order entered April 20, 1956 denying plaintiff's motion to strike out certain defenses in the answer of the defendant, Pan American World Airways, Inc., and granting said defendant's cross motion to dismiss the complaint, order entered June 14, 1956, granting the motion of the defendant Pan American World Airways, Inc., to dismiss the amended complaint, and order entered July 6, 1956, directing the clerk to enter judgment in favor of the defendant Pan American World Airways, Inc., dismissing the amended complaint, and from the judgment entered thereon on July 10, 1956, unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ.

In the Matter of ROBERT C. LA BORDE, Petitioner, against ABRAHAM S. WECHSLER, as Director of Licenses, State of New York, Respondent.— The charges against the petitioner were not sustained. Determination unanimously annulled and respondent is directed to issue renewal license. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ.

In the Matter of the Arbitration between H. SCHNELL & COMPANY, Appellant, and ALBUERA EST. COM DE FRUTOS DO ALGARVE, LDA., Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ.

SAMUEL HURWITZ, Appellant-Respondent, v. SARAH M. HURWITZ, Respondent-Appellant.— Action unanimously remanded to Special Term to pass upon and decide the issues presented by the seventh and eighth counterclaims and to make a decision as to the third, fourth, sixth, ninth and tenth counterclaims in accordance with the requirements of section 440 of the Civil Practice Act (see *Mason v. Lory Dress Co.*, 277 App. Div. 660; *Steel Co. of So. Cal. v. Associated Metals & Mins. Corp.*, 277 App. Div. 687). Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ.

In the Matter of the Accounting of CHASE MANHATTAN BANK, Respondent, as Trustee of a Trust Created under the Will of SALLIE E. STONE, Deceased. MARY L. S. MULLENER, Appellant; HILDA T. HILDRETH et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties appearing separately and filing briefs herein payable out of the estate. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bastow, JJ.

In the Matter of the Estate of MILDRED A. KINGSMILL, Deceased. GEORGE LINK, JR., et al., as Executors of MILDRED A. KINGSMILL, Deceased, Appellants; ETHEL SCHROEDER, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Frank, Valente and Bastow, JJ.